# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| Woodbridge Group of Companies, LLC | : Case No.: 17-12560 (JKS) |
| | : |
| Debtor. | : |
| | : |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : **MEDIATION STATUS REPORT** |
| | : |
| | : Adv. Proc. No.: 19-50331 (JKS) |
| Plaintiff, | : |
| v. | : |
| | : |
| Dennis W. Hueth, | : |
| | : |
| Defendants. | |

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

| | |
|---|---|
| \_\_\_\_\_ | Mediation sessions are scheduled to occur on |
| \_\_\_\_\_ | A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time. |
| \_\_X\_\_ | OTHER: Mediation was continued. The mediator is working with the parties to schedule mediations sessions. |

Dated: May 14, 2021
                                        */s/ Ian Connor Bifferato*
                                        Ian Connor Bifferato (DE #3273)
                                        The Bifferato Firm P.A.
                                        1007 N. Orange Street, 4th Floor
                                        Wilmington, DE 19801